UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CLIFFORD SWEET,

                Plaintiff,

    v.                                     6:08-CV-1227

UNITED STATES OF AMERICA,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## O R D E R

Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on April 5, 2010, in Utica, New York, it is hereby

ORDERED that

(1) Defendant's motion for summary judgment is DENIED;

(2) Trial is scheduled for August 17, 2010; and

(3) The parties are referred to Magistrate Judge George H. Lowe for a settlement conference.

_____
United States District Judge

Dated: April 5, 2010
       Utica, New York